Note: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENVIRONMENTAL MANUFACTURING SOLUTIONS, LLC,**
*Plaintiff-Appellant*

v.

**PEACH STATE LABS, INC.,**
*Defendant-Appellee*

---

2017-2566

---

Appeal from the United States District Court for the Middle District of Florida in No. 6:09-cv-00395-JA-TBS, Judge John Antoon II.

---

**ON MOTION**

---

### O R D E R

Upon consideration of the appellant's unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2  ENVIRONMENTAL MANUFACTURING v. PEACH STATE LABS, INC.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31

ISSUED AS A MANDATE: June 4, 2018